**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Criminal Case No. 02-cr-00101-LTB

UNITED STATES OF AMERICA,
        Plaintiff-Respondent,

v.

JEFFREY SCOTT GAYLORD,
        Defendant-Petitioner.
_____

**ORDER**
_____

Upon Petitioner's Response to Order Construing the April 19, 2005 Request for Extension of Time as a Motion Filed Pursuant to 28 U.S.C. § 2255 and Denying the Motion and Request for an Order to Show Cause Why Petitioner's Motion Should Not Be Dismissed (filed November 23, 2005), it is

ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of this Order to Petitioner are the following address:

        Jeffrey Scott Gaylord, Reg. No. 30844-013
        Federal Correctional Institution
        9595 West Quincy Avenue
        Littleton, CO 80123

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

Dated:  December 15, 2005